United States District Court
Southern District of Texas

**ENTERED**

April 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CARLOS VARGAS *et al.* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-18 |
| | § | |
| JESUS R. RODRIGUEZ OLIVAS | § | |
| D/B/A ROTRANS CRUCES | § | |
| INTERNACIONALES *et al.* | § | |

## ORDER

The Court referred a minors' settlement hearing to United States Magistrate Judge Christopher dos Santos (Dkt. No. 20). At the hearing, the parties agreed that Plaintiffs and Defendants are not diverse for purposes of subject matter jurisdiction (Dkt. No. 29 at 2). In his report and recommendation, Judge dos Santos recommends that this matter be remanded for want of jurisdiction (*see* Dkt. No. 29 at 3). Plaintiffs filed a notice of no objections to the Report (Dkt. No. 30), and Defendants did not file objections within the 14-day objection period.

Having reviewed the Report and finding no plain error, the Court hereby **ADOPTS** the Report (Dkt. No. 29) as the findings and conclusions of the Court. Accordingly, the Court **REMANDS** this civil action to the 341st District Court of Webb County, Texas. The parties are **ADMONISHED** to the importance of ensuring accurate representations to the Court. The Clerk of Court is **DIRECTED** to **CLOSE** this civil action and mail a certified copy of this order to the clerk of the state court. See 28 U.S.C. § 1447(c).

It is so **ORDERED**.

**SIGNED** April 14, 2026.

_____
Marina Garcia Marmolejo
United States District Judge